UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL PETER HERRERA, | ) | Case No. CV 08-2410-JFW (CT) |
| | ) | |
|         Petitioner, | ) | |
| | ) | **J U D G M E N T** |
|     v. | ) | |
| | ) | |
| LYDIA C. HENSE, Warden, | ) | |
| | ) | |
|         Respondent. | ) | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED:  October 10, 2008

                                                            /s<br>
                                                JOHN F. WALTER<br>
                                                UNITED STATES DISTRICT JUDGE